IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SENECA MCDANIELS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-20 |
| ZENA STEPHENS | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Seneca McDaniels, a pre-trial detainee currently confined at the Jefferson County Correctional Facility, proceeding pro se, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case for failure to exhaust state court remedies (Doc. # 3).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 22nd day of March, 2022.**

Michael J. Truncale
United States District Judge

---

[1] Petitioner received a copy of the Report and Recommendation on January 25, 2022 (Doc. # 4).